Case 4:25-cv-00116   Document 99   Filed on 10/20/25 in TXSD   Page 1 of 7

United States District Court
Southern District of Texas
**ENTERED**
October 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELECTRICAL MEDICAL TRUST *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC. *et al.*,<br><br>Defendants. | Case No.: 4:23-cv-04398 |
| BASEL MUSHARBASH,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC.,<br><br>Defendant. | Case No.: 4:25-cv-00116 |

**STIPULATION AND ORDER REGARDING COORDINATION OF FACT DISCOVERY**

The parties ("Parties") to *Electrical Medical Trust et al. v. U.S. Anesthesia Partners, Inc. et al.*, No. 4:23-cv-04398 (S.D. Tex.) (the "EMT Action") and *Basel Musharbash v. U.S. Anesthesia Partners, Inc.*, No. 4:25-cv-00116 (S.D. Tex.) (the "Musharbash Action") (collectively the "Actions"), by and through their respective counsel ("Counsel"), submit this Stipulation and Order Regarding Coordination of Fact Discovery ("Stipulation and Order"), and hereby agree as follows:

1. Plaintiffs in the EMT Action and Musharbash Action claim that USAP violated federal antitrust laws based on substantially similar alleged conduct.

2. Given the substantial overlap between Plaintiffs' allegations in both Actions, Plaintiffs will consult in good faith and make all reasonable efforts to coordinate fact discovery efforts in the EMT Action and Musharbash Action to minimize unnecessary expense and burden and facilitate the orderly and efficient progress of the Actions.

3. Plaintiffs will consult in good faith and engage in reasonable efforts to coordinate fact discovery—including, but not limited to, coordinating on written discovery, search term proposals, and deposition witnesses—and will jointly resolve any disputes concerning fact discovery in each Action so as to avoid duplication and unnecessary burden.

4. To the extent Plaintiffs in the EMT Action or Plaintiff in the Musharbash Action serve discovery requests on USAP, Plaintiffs will use reasonable efforts to avoid duplicating any prior discovery requests served in either the EMT Action or Musharbash Action.

5. The Parties will make reasonable efforts to coordinate the fact discovery deadlines in the Actions.

6. All future document productions, discovery correspondence between the Parties, and written discovery between the Parties will be served on all Parties in the Actions.

7. The Parties will negotiate a deposition protocol to be filed before the deposition of any witness commences in the Actions, which shall include (among other things) limits on the number and length of any deposition of a Party. Should they fail to reach an agreement, the Parties will seek the Court's guidance.

8. All witnesses—including witnesses for each Party, nonparties, and 30(b)(6) representatives—shall only be deposed once (not including any depositions taken as part of the litigation in *Federal Trade Commission v. U.S. Anesthesia Partners, Inc.*, No. 4:23-CV-03560 (S.D. Tex.) and any expert depositions such as fact witnesses who are also designated to provide

expert testimony), absent good cause shown to the Court, and subject to the Parties' forthcoming joint deposition protocol. For the avoidance of doubt, nothing in this Paragraph precludes Plaintiffs in the Musharbash Action or Plaintiffs in the EMT Action from negotiating for the ability to take multi-day depositions or the right to depose a witness more than once in a different capacity (e.g., as a corporate designee). USAP reserves all rights to oppose any such request. All Parties in the Actions who wish to question any such witness should participate in a single deposition, which must be noticed or cross-noticed by that Party in advance of the deposition. Fact depositions may be jointly noticed in both the EMT and Musharbash Actions. The Parties also must coordinate regarding deposition noticing and scheduling. USAP will not present any USAP witnesses for deposition in the EMT Action until at least thirty days after it substantially completed its reproduction of materials.

9. Deposition transcripts and exhibits from the FTC Action that were subsequently produced in the EMT Action will be reproduced in the Musharbash Action within fourteen (14) days of either (a) the entry of this Stipulation and Order, (b) the entry of a Rule 502(d) Order in the Musharbash Action, or (c) the service of USAP's Responses and Objections to Plaintiff's First Set of Requests for Production in the Musharbash Action (whichever is later), subject to nonparties deposed in the FTC Action consenting to the disclosure of their deposition transcripts in the Musharbash Action.

10. All transcripts and exhibits from depositions taken in either the EMT Action and/or the Musharbash Action will be shared with all Parties in the Actions.

11. For the avoidance of doubt, nothing in this Stipulation and Order is intended or shall be construed as requiring coordination of expert discovery in the Actions, including, but not limited to, any expert reports, materials reviewed or prepared by experts, or transcripts from depositions of experts. The Parties reserve all rights with respect to the coordination and/or sharing of expert discovery, including any opposition thereto.

12. Nothing in this Protocol is intended, or shall be construed, to modify, amend, or supersede the Order and Stipulated Protocol for Expert Discovery entered in the EMT Action on September 11, 2025 (ECF No. 165).

13. Neither the terms of this Stipulation and Order nor the Parties' agreement shall be considered an admission by any Party that any fact discovery subject to this Stipulation and Order would otherwise be discoverable or admissible.

14. Nothing in this Stipulation and Order shall affect the rights of the Parties to object to the admissibility and/or relevance of any discovery materials produced in the Actions, including the right to object to the use or admission of such materials in a dispositive motion or at hearing or trial.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel of record, the Parties ask that the Court order:

15. The Parties agree to the coordination of fact discovery as set forth in this Stipulation and Order.

16. The agreement is binding on the Parties as of the date of submission.

**IT IS SO STIPULATED.**

Dated: October 17, 2025

By: /s/ *Geoffrey M. Klineberg*
Geoffrey M. Klineberg (D.C. Bar No. 444503) (Pro Hac Vice)
Attorney-in-Charge
Kenneth M. Fetterman (D.C. Bar No. 474220) (Pro Hac Vice)
Bradley E. Oppenheimer (D.C. Bar No. 1025006) (Pro Hac Vice)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
gklineberg@kellogghansen.com
kfetterman@kellogghansen.com
boppenheimer@kellogghansen.com

Karl S. Stern (TX Bar No. 19175665) (Federal I.D. No. 04870)
Christopher D. Porter (TX Bar No. 24070437) (Federal I.D. No. 1052367)
Julianne Jaquith (TX Bar No. 24134925) (Federal I.D. No. 3921126)
Melanie Guzman (TX Bar No. 24117175) (Federal I.D. No. 3745044)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
700 Louisiana St., Suite 3900
Houston, TX 77002
Tel: (713) 221-7000
Fax: (713) 221-7100
karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com
juliannejaquith@quinnemanuel.com
melanieguzman@quinnemanuel.com

David J. Beck (TX Bar No. 00000070) (Federal I.D. No. 16605)
Garrett S. Brawley (TX Bar No. 24095812) (Federal I.D. No. 3311277)
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010

By: /s/ *Brendan P. Glackin*
Brendan P. Glackin (CA Bar No. 199643) (*pro hac vice*)
Attorney-In-Charge
Lin Y. Chan (CA Bar No. 255027) (*pro hac vice*)
Nimish Desai (TX Bar No. 24105238, S.D. Tex. Bar No. 3370303)
Jules A. Ross (CA Bar No. 348368) (*pro hac vice*)
Benjamin A. Trouvais (CA Bar No. 353034) (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
Fax: (415) 956-1008
bglackin@lchb.com
lchan@lchb.com
ndesai@lchb.com
jross@lchb.com
btrouvais@lchb.com

*Counsel for Electrical Medical Trust and Plumbers Local Union No. 68 Welfare Fund and the Proposed Class in the EMT Action*

By: /s/ *Barrett H. Reasoner*
Barrett H. Reasoner (Attorney in Charge)
Federal ID No. 14922
State Bar No. 16641980
Brice Wilkinson
Federal ID No. 1277347
State Bar No. 24075281
**GIBBS & BRUNS LLP**
1100 Louisiana, Suite 5300 Houston, TX 77002
Phone: (713) 751-5244
breasoner@gibbsbruns.com
bwilkinson@gibbsbruns.com

Kellie Lerner (*Pro Hac Vice* forthcoming)
Harrison McAvoy (*Pro Hac Vice* forthcoming)

5

Tel: (713) 951-3700
Fax: (713) 951-3720
dbeck@beckredden.com
gbrawley@beckredden.com

*Counsel for Defendant U.S. Anesthesia Partners, Inc.*

**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Fl. 19
New York, NY 10122
Phone: (646) 960-8608
kellie@scl-llp.com
harrison@scl-llp.com

Keagan Potts (*Pro Hac Vice* forthcoming)
**SHINDER CANTOR LERNER LLP**
600 14th St NW, 5th Fl.
Washington DC 20005
Phone: (646) 960-8627
kpotts@scl-llp.com

Kimberly A. Justice (*Pro Hac Vice* forthcoming)
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Phone: (224) 632-4500
kjustice@fklmlaw.com

Robert J. Wozniak (*Pro Hac Vice* forthcoming)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
Phone: (224) 632-4500
rwozniak@fklmlaw.com

Justin S. Nematzadeh (*Pro Hac Vice* forthcoming)
**NEMATZADEH PLLC**
101 Avenue of the Americas, Suite 909 New York, NY 10013
Phone: (646) 799-6729
jsn@nematlawyers.com

*Counsel for Basel Musharbash and the Proposed Class in the Musharbash Action*

It is so ORDERED

_____OCT 2 0 2025_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge