UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTY BURBAGE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.,<br><br>Defendants. | Case No. 4:25-cv-116 |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE UNDER TEMPORARY SEAL**

Pursuant to the Court's Procedures and Practices Section B.5(d), the May 28, 2025 Protective Order (ECF No. 85), and October 29, 2025 Supplemental Protective Order (ECF No. 101), Plaintiff Christy Burbage respectfully requests that the Court maintain under seal Plaintiff's Opposition to Defendants' Motion to Dismiss Christy Burbage's Complaint, ECF No. 130. In support of this motion, Plaintiff states as follows:

1. On May 28, 2025, the Court entered a Protective Order that governs the handling of pleadings and the information contained therein. On October 29, 2025, the Court entered a Supplemental Protective Order. These Protective Orders prohibit public disclosure of documents designated as "Confidential Material" or "Highly Confidential Material."

2. Plaintiff's Opposition to Defendants' Motion to Dismiss contains material that Defendants and nonparties have designated as "Confidential Material" or "Highly Confidential Material." Plaintiff is accordingly required by the protective order to file this motion to temporarily

1

seal that information.

For the foregoing reasons, Plaintiff requests the Court accept under seal an unredacted version of Plaintiff's Opposition to Defendants' Motion to Dismiss.

Dated: April 17, 2026

Respectfully submitted,

/s/ Michael R. Davis
Barrett H. Reasoner, *Attorney-in-Charge*
Federal No. 14922
Texas State Bar No. 16641980
Brice Wilkinson
Federal No. 1277347
Texas State Bar No. 24075281
Michael R. Davis
Texas State Bar No. 24109793
Federal No. 3588027
Sarah M. Chavey
Federal No. 3936657
Texas State Bar No. 24142776
Annie F. Fogel
Federal No. 3955970
Texas State Bar No. 24142906
**GIBBS & BRUNS LLP**
1100 Louisiana, Suite 5300
Houston, TX 77002
Phone: (713) 751-5244
breasoner@gibbsbruns.com
bwilkinson@gibbsbruns.com
mdavis@gibbsbruns.com
schavey@gibbsbruns.com
afogel@gibbsbruns.com

Kellie Lerner (Pro Hac Vice)
Michael E. Keramidas (Pro Hac Vice pending)*
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Fl. 19
New York, NY 10122
Phone: (646) 960-8608
kellie@scl-llp.com
mkeramidas@scl-llp.com
* *Admitted to practice in Pennsylvania. Not admitted in New York.*

Keagan H. Potts (Pro Hac Vice)
**SHINDER CANTOR LERNER LLP**
600 14th St. NW, 5th Fl.
Washington, DC 20005
Tel.: (646) 960-8601
Fax: (646) 960-8625
kpotts@scl-llp.com

Kimberly A. Justice (Pro Hac Vice)
**JUSTICE JAGHER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Phone: (224) 632-4500
kjustice@jjlmlaw.com

Robert J. Wozniak (Pro Hac Vice)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International Drive, Suite 128 Lincolnshire, IL 60069
Phone: (224) 632-4500
rwozniak@jjlmlaw.com

Justin S. Nematzadeh (Pro Hac Vice)
**NEMATZADEH PLLC**
101 Avenue of the Americas, Suite 909
New York, NY 10013
Phone: (646) 799-6729
jsn@nematlawyers.com

2

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 14 and 15, 2026, counsel for Plaintiff conferred via email with counsel for Defendants, who stated that Defendants are unopposed to the relief requested in this Motion.

/s/ Michael R. Davis
Michael R. Davis

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026, the foregoing document was filed with the Court and served on all counsel of record through the Court's electronic filing system.

/s/ Michael R. Davis
Michael R. Davis