**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| CHRISTY BURBAGE,<br><br>            Plaintiff,<br><br>      v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.,<br><br>            Defendants. | Case No. 4:25-cv-00116<br><br>**JOINT MOTION TO AMEND**<br>**SCHEDULING ORDER**<br><br> Hon. Alfred H. Bennett |

Defendants U.S. Anesthesia Partners, Inc., U.S. Anesthesia Partners Holding, Inc., and U.S. Anesthesia Partners of Texas, P.A. ("USAP"), Plaintiff Christy Burbage ("Burbage Plaintiff"), and Plaintiffs Electrical Medical Trust and Plumbers Local Union No. 68 Welfare Fund ("EMT Plaintiffs") in the civil action styled as *Electrical Medical Trust et al. v. U.S. Anesthesia Partners, Inc.*, *et al.,* No. 4:23-cv-04398 (S.D. Tex.) ("EMT Action"), by and through counsel of record, respectfully submit this joint motion to amend the Scheduling Order entered on May 12, 2026 (Dkt. 147) to extend all case deadlines prior to trial, as shown as follows:

| Event | Deadline in Operative Scheduling Order | Proposed Amended Deadline |
|---|---|---|
| Fact Discovery Cut Off | 06/30/2026 | 8/14/2026 |
| Deadline to Serve Opening Expert Reports on Class Certification and Merits Issues for Which a Party Bears the Burden | 07/16/2026 | 9/3/2026 |
| Deadline to Serve Opposing/Rebuttal Expert Reports | 10/01/2026 | 11/6/2026 |
| Deadline to Serve Reply Expert Reports | 11/12/2026 | 12/10/2026 |

| Deadline to Complete Expert Discovery | 12/10/2026 | 1/28/2027*<br><br>(*excluding one of EMT Plaintiffs' testifying experts who will need to be deposed before 1/1/2027) |
|---|---|---|
| Class Certification Motion and *Daubert* Motion to be Considered in Connection with Class Certification; parties to meet and confer about page limits | 02/04/2027 | 3/8/2027 |
| Summary Judgment Motion(s) and Daubert Motions on expert testimony that has not previously been the subject of a Daubert; parties to meet and confer about page limits and response/reply deadlines | 08/05/2027 | 9/7/2027 |

USAP, the Burbage Plaintiff, and the EMT Plaintiffs have met and conferred and agree that an extension of these deadlines is appropriate. Consistent with the parties' Order Regarding Coordination of Fact Discovery (Dkt. 99), a corresponding Joint Motion to Amend the Scheduling Order has been filed in the EMT Action.

Dated: June 1, 2026

Respectfully submitted,

By: */s/Julianne J. Jaquith*
Karl S. Stern (TX Bar No. 19175665) (Federal I.D. No. 04870)
Christopher D. Porter (TX Bar No. 24070437) (Federal I.D. No. 1052367)
Julianne Jaquith (TX Bar No. 24134925) (Federal I.D. No. 3921126)
Melanie Guzman (TX Bar No. 24117175) (Federal I.D. No. 3745044)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
700 Louisiana St., Suite 3900
Houston, TX 77002
Tel: (713) 221-7000
Fax: (713) 221-7100
karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com
juliannejaquith@quinnemanuel.com
melanieguzman@quinnemanuel.com

Geoffrey M. Klineberg (D.C. Bar No. 444503) (*pro hac vice*)
Attorney-in-Charge
Kenneth M. Fetterman (D.C. Bar No. 474220) (*pro hac vice*)
Bradley E. Oppenheimer (D.C. Bar No. 1025006) (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
gklineberg@kellogghansen.com
kfetterman@kellogghansen.com
boppenheimer@kellogghansen.com

By: */s/ Kellie Lerner*
Kellie Lerner (Pro Hae Vice)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Fl. 19
New York, NY 10122
Phone: (646) 960-8608
kellie@scl-llp.com

Keagan H. Potts (Pro Hae Vice)
**SHINDER CANTOR LERNER LLP**
600 14th St. NW, 5th Fl.
Washington, DC 20005
Tel.: (646) 960-8601
Fax: (646) 960-8625
kpotts@scl-llp.com

Barrett H. Reasoner (Attorney in Charge)
Federal ID No. 14922
State BarNo. 16641980
Brice Wilkinson
Federal ID No. 1277347
State Bar No. 24075281
**GIBBS & BRUNS LLP**
1100 Louisiana, Suite 5300
Houston, TX 77002
Phone: (713) 751-5244
breasoner@gibbsbruns.com
bwilkinson@gibbsbruns.com

Kimberly A. Justice (Pro Hae Vice)
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Phone: (224) 632-4500
kjustice@fklmlaw.com

David J. Beck (TX Bar No. 00000070)
(Federal I.D. No. 16605)
Garrett S. Brawley (TX Bar No. 24095812)
(Federal I.D. No. 3311277)
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
Tel: (713) 951-3700
Fax: (713) 951-3720
dbeck@beckredden.com
gbrawley@beckredden.com

*Counsel for Defendants*

Robert J. Wozniak (Pro Hae Vice)
**FREED KANNER LONDON &**
**MILLEN LLC**
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
Phone: (224) 632-4500
rwozniak@fklmlaw.com
Justin S. Nematzadeh (Pro Hae Vice)
**NEMATZADEH PLLC**
101 Avenue of the Americas, Suite 909
New York, NY 10013
Phone: (646) 799-6729
jsn@nematlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I filed the foregoing document with the Court and served it on opposing counsel through the Court's CM/ECF system. All counsel of record are registered ECF users.

By:  */s/ Julianne J. Jaquith*

Julianne J. Jaquith

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 1, 2026, having met and conferred, the parties agreed to extend the deadlines in the Scheduling Order, as set forth in this motion and accompanying proposed order, and this motion is unopposed.

By: */s/ Julianne J. Jaquith*

Julianne J. Jaquith