**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| CHRISTY BURBAGE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ANESTHESIA PARTNERS, INC., et al.<br><br>Defendants. | Case No. 4:25-cv-00116 |

**NOTICE OF SETTLEMENT**

Pursuant to Rule 6 of the Court's Procedures and Practices, the Parties in the above-captioned action, by and through their undersigned counsel, hereby notify the Court that Plaintiff Christy Burbage and Defendants U.S. Anesthesia Partners, Inc., U.S. Anesthesia Partners of Texas, P.A., and U.S. Anesthesia Partners Holdings, Inc. have reached a settlement in principle that resolves the claims in this action, subject to the completion of a final settlement agreement. The Parties are currently in the process of drafting, finalizing, and executing a formal, written settlement agreement. The Parties respectfully request that the Court vacate the scheduling order (Dkt. No. 155) and stay this case only so that the Parties may complete the settlement agreement and file a motion for preliminary approval of the settlement. A stay will conserve the resources of the Court and the Parties, including by avoiding the expense of further expert discovery, and will not prejudice any Party.

Nothing in this Notice, or in the Parties' settlement discussions, is intended to waive or otherwise prejudice any right, claim, defense, or argument of any Party to this action. Neither this Notice, nor the Parties' settlement discussions, constitutes, or may be construed as, an admission

by any Party of any liability, fact, or issue, or an admission or concession that class certification is appropriate, and all such negotiations and communications are subject to Federal Rule of Evidence 408.

The Parties expressly reserve all rights in the event the settlement is not finalized, executed, or approved, or is otherwise terminated, including, but not limited to, the right to submit rebuttal and reply expert reports. In that event, the Parties will notify the Court and submit a proposed schedule for the resumption of the stayed deadlines, including those governing expert discovery.

This settlement does not involve any claim against Defendants made by the Plaintiffs in the related action styled as *Electrical Medical Trust, et al. v. U.S. Anesthesia Partners, et al.,* Case No. 4:23-cv-04398. A Notice of Settlement has been filed separately in that action.

Accordingly, the Parties respectfully request that the Court stay all pending deadlines only in the above-captioned action for sixty (60) days from the date of filing of this Notice. The Parties will provide a status update to the Court by December 1, 2026 if Plaintiff has not filed a motion for preliminary approval of class action settlement prior to that time.

Dated: October 30, 2026

*/s/ Kellie Lerner*
Kellie Lerner (Pro Hac Vice)
Michael E. Keramidas (Pro Hac Vice)
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, Fl. 19 New York, NY 10122 Phone: (646) 960-8608
kellie@scl-llp.com
mkeramidas@scl-llp.com

Keagan H. Potts (Pro Hac Vice)
**SHINDER CANTOR LERNER LLP**
600 14th St. NW, 5th Fl. Washington, DC 20005
Tel.: (646) 960-8601

By: */s/ Julianne Jaquith*
Karl S. Stern (TX Bar No. 19175665)
(Federal I.D. No. 04870)
Christopher D. Porter (TX Bar No. 24070437)
(Federal I.D. No. 1052367)
Julianne Jaquith (TX Bar No. 24134925)
(Federal I.D. No. 3921126)
Melanie Guzman (TX Bar No. 24117175)
(Federal I.D. No. 3745044)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
700 Louisiana St., Suite 3900
Houston, TX 77002
Tel: (713) 221-7000

Fax: (646) 960-8625
kpotts@scl-llp.com

Justin S. Nematzadeh (Pro Hac Vice)
**NEMATZADEH PLLC**
101 Avenue of the Americas, Suite 909
New York, NY 10013 Phone: (646) 799-6729
jsn@nematlawyers.com

Barrett H. Reasoner (Attorney in Charge)
Federal ID No. 14922 State Bar No. 16641980
Brice Wilkinson
Federal ID No. 1277347 State Bar No. 24075281
Michael R. Davis
State Bar No. 24109793
Sarah M. Chavey
Federal ID No. 3936657
State Bar No. 24142776
Anne Fawcett Fogel
Federal ID No. 3955970
State Bar No. 24142906
**GIBBS & BRUNS LLP**
1100 Louisiana, Suite 5300
Houston, TX 77002
Phone: (713) 751-5244
breasoner@gibbsbruns.com
bwilkinson@gibbsbruns.com

Kimberly A. Justice (Pro Hac Vice)
**JUSTICE JAGHER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Phone: (484) 243-6335
kjustice@fklmlaw.com

Robert J. Wozniak (Pro Hac Vice)
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International
Drive, Suite 128
Lincolnshire, IL 60069
Phone: (224) 632-4500
rwozniak@fklmlaw.com

Fax: (713) 221-7100
karlstern@quinnemanuel.com
chrisporter@quinnemanuel.com
juliannejaquith@quinnemanuel.com
melanieguzman@quinnemanuel.com

David B. Hennes (*pro hac vice*)
Noah B. Yavitz (*pro hac vice forthcoming*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Tel.: (212) 596-9000
Fax: (212) 596-9090
David.Hennes@ropesgray.com
Noah.Yavitz@ropesgray.com

Geoffrey M. Klineberg (D.C. Bar No. 444503) (*pro hac vice*)
Attorney-in-Charge
Kenneth M. Fetterman (D.C. Bar No. 474220) (*pro hac vice*)
Bradley E. Oppenheimer (D.C. Bar No. 1025006) (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
gklineberg@kellogghansen.com
kfetterman@kellogghansen.com
boppenheimer@kellogghansen.com

*Counsel for Defendants U.S. Anesthesia Partners, Inc., U.S. Anesthesia Partners of Texas, P.A., and U.S. Anesthesia Partners Holdings, Inc.*

*Counsel for Plaintiff Christy Burbage*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October 2026, I caused to be filed the foregoing Notice of Settlement with the Court through ECF filing, which caused a copy to be sent to all counsel of record.

DATED: October 30, 2026 *<u>/s/ Julianne Jaquith</u>*